IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DUSTIN KARL SHOEMAKE**                                          **PLAINTIFF**

**v.**                                    **CIVIL NO. 1:24-cv-00174-BWR**

**HARRISON COUNTY**                                         **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Order issued this date and incorporated herein by reference,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Motion [23] for Summary Judgment filed by Defendant Harrison County is **GRANTED**. Plaintiff Dustin Karl Shoemake's claims against Harrison County are **DISMISSED WITH PREJUDICE**, and this case is **CLOSED**.

**SO ORDERED AND ADJUDGED**, this the 9th day of February, 2026.

                                         *s/ Bradley W. Rath*
                                         BRADLEY W. RATH
                                         UNITED STATES MAGISTRATE JUDGE